**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6390**

---

JAKIE HAMMONDS,

                                        Petitioner - Appellant,

        versus

ROBESON COUNTY JAIL; COURTS OF ROBESON COUNTY;
STAN TODD,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-99-845-5-BO)

---

Submitted:  May 25, 2000                Decided:  June 6, 2000

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jakie Hammonds, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jakie Hammonds appeals the district court's order construing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint as one for habeas corpus relief under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999) and dismissing it. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hammonds v. Robeson County Jail, No. CA-99-845-5-BO (E.D.N.C. Feb. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2